

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES | ) | |
| | ) | |
| vs. | ) | No. 15 CR 52 |
| | ) | |
| ALLEN C. IROEGBULEM | ) | Hon. Thomas M. Durkin |

## PROPOSED PROTECTIVE ORDER

Upon the motion of the unopposed motion of the government for a protective order pursuant to 18 U.S.C. § 3509 with respect to the rights of the victim in this case, it is hereby ordered as follows:

1.    During the trial in this matter, the parties shall identify the minor victims only by their first names;

2.    Any trial exhibits shall be redacted to refer only to the victims' first names and to protect any other identifying information except for the years of their birth; and

3.    Parties shall file, under seal, any original, unredacted exhibits containing the victims' full names and any other identifying information previously redacted from publicly available trial exhibits.

ENTER:

_____

THOMAS M. DURKIN
U.S. District Court Judge

DATED: 3/10/16